IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAMES MATTHEW ROBINSON, § § *Plaintiff*, § § v. § § JUSTIN CARAWAY, *et al.*, § § *Defendants*. § | Case No. 2:20-cv-00111-JRG-RSP |

# ORDER

Before the Court is the Stipulation of Dismissal of All Remaining Claims with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation") filed by James Matthew Robinson ("Plaintiff") and Hamilton County, Texas. (Dkt. No. 72.) In the Stipulation, the parties agree to dismissal with prejudice under Rule 41(a)(1)(A)(ii) all claims asserted by Plaintiff against Hamilton County and "all remaining claims in this lawsuit." (*Id.* at 1.) The Parties further agree that "each such party to pay his or its own attorneys' fees and costs." (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant Hamilton County in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant Hamilton County not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 27th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE